Wilhelmina C. Menke, Administrator of Estate of Luie H. Menke, Deceased, Plaintiff-Appellee, v. Chicago and Illinois Midland Railway Company, Defendant-Appellant.

Gen. No. 9,812.

Carl D. Forth, for appellant; Kenneth H. Lemmer, for appellee; Mitchell & Calvin, and Velde & Knuppel, of counsel. Opinion by JUSTICE REYNOLDS. Not to be published in full. Opinion filed January 24, 1952; rehearing denied March 21, 1952; released for publication March 21, 1952.